IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>   Plaintiff,<br><br>   vs.<br><br>PENA, et al.,<br><br>   Defendants.<br>_____/ | Case No. 1:11-cv-01205 JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED<br><br>(Doc. 3) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2011, the Court instructed Plaintiff to complete and return within thirty days the form regarding consent to U.S. Magistrate Judge jurisdiction. (Doc. 3-1.) The thirty-day period has now expired, and Plaintiff has not filed the consent form or otherwise responded to the Court's order.

Accordingly, it is **HEREBY ORDERED** that within fourteen days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed based upon his failure to comply with a Court order. In addition, if Plaintiff wishes to continue pursuing his claims in this case, he must complete and return the form regarding consent to U.S. Magistrate Judge jurisdiction. Otherwise, Plaintiff is advised that this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **September 11, 2011**                         /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE