IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PENA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-01205 JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 6) |

　　　On September 12, 2011, the Court issued an Order to Show Cause as to why the matter should not be dismissed for Plaintiff's failure to follow the Court's order to complete and file the form regarding consent to the jurisdiction of a magistrate judge. (Doc. 6).  Plaintiff filed a timely response in which he explained he had not received a previous order regarding this matter. (Doc. 8). In addition, Plaintiff filed the consent form, indicating he consented to the jurisdiction of the Magistrate Judge. (Doc. 7).

　　　Accordingly, IT IS HEREBY ORDERED:

　　　The Order to Show Cause dated September 12, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **October 26, 2011**　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1