# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL, | Case No.: 1:11-cv-01205 JLT (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| PENA, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 21, 2011. On November 21, 2011, Plaintiff filed a motion to amend his complaint. (Doc. 10)

At this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court and his amended complaint was filed upon receipt. Fed. R. Civ. P. 15(a)(1). Accordingly, Plaintiff's motion to file a First Amended Complaint is **GRANTED**, and his amended complaint will be screened in due course. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:  **December 2, 2011**         /s/ **Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE