**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PENA, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-01205 JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 10) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 21, 2011. On November 21, 2011, Plaintiff filed a motion to amend his complaint. (Doc. 10)

At this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court and his amended complaint was filed upon receipt. Fed. R. Civ. P. 15(a)(1). Accordingly, Plaintiff's motion to file a First Amended Complaint is **GRANTED**, and his amended complaint will be screened in due course. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   **December 2, 2011**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE