1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11   JOHN EDWARD MITCHELL,                Case No. 1:11-cv-01205-JLT (PC)

12                        Plaintiff,       ORDER DENYING PLAINTIFF'S MOTION
                                          FOR MEDIATION
13          vs.
                                          (Doc. 18)
14   PENA, et al.,

15                        Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's motion for mediation.  (Doc.

19   18)   However, because Defendants have not yet appeared in this action, such a motion is

20   premature and will, therefore, be **DENIED**.  Plaintiff is free to provide his settlement demand to

21   Defendants to allow them to consider his position.  In future, however, Plaintiff **SHALL** refrain

22   from filing settlement demands with this Court.

23          Therefore, Plaintiff's motion (Doc. 1) is **DENIED without prejudice.**

24
25   IT IS SO ORDERED.

26   Dated:  __**November 30, 2012**__              _____**/s/ Jennifer L. Thurston**_____
                                                    UNITED STATES MAGISTRATE JUDGE
27

28

                                          1