UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>     Plaintiff,<br><br>     v.<br><br>PENA, et al.,<br><br>     Defendant. | Case No.: 1:11-cv-01205 - LJO - JLT<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR AN ORDER DIRECTING SERVICE AS MOOT<br><br>(Doc. 27) |

Plaintiff John Edwards Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* in a civil rights case pursuant to 42 U.S.C. § 1983. Plaintiff again requests that the Court direct service of the complaint on Defendants Indermill and Pena. (Doc. 27).

On July 30, 2013, the Court denied Plaintiff's prior request for an order directing service. (Doc. 25). Namely, the Court advised Plaintiff that its first order directing service of his complaint remained in effect and the U.S. Marshals will serve Defendants Indermill and Pena in due course. Id. The Court further advised Plaintiff that he may voluntarily submit updated information as to the whereabouts of Defendants Indermill and Pena to further effectuate service; which Plaintiff has not done. Id. Plaintiff provides no further grounds for the Court to reconsider its prior order.

///

///

///

1

Accordingly, the Court HEREBY DENIES Plaintiff's request for a second order directing service (Doc. 27) as **MOOT**.

IT IS SO ORDERED.

Dated:   **August 19, 2013**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE