## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PENA, et al.,<br><br>    Defendant. | Case No.: 1:11-cv-01205 – LJO – JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS TO R. INDERMILL (AKA R. INDEMILL) |

On November 13, 2012, the Court directed the United States Marshal to serve Defendant R. Indermill (aka R. Indemill) with the summons and complaint. (Doc. 17). On September 18, 2013, the Marshal returned the summons unexecuted. (Doc. 31). The Marshal reported that Indermill (aka Indemill) was no longer employed with CSP-Corcoran and that the facility possessed no forwarding information for this individual. Id.

**ORDER**

Accordingly, it is **HEREBY ORDERED** that within **14 days** from the date of this order, Plaintiff **SHALL** provide additional information as to where Defendant R. Indermill (aka R. Indemill) may be located.

///

///

1

**Plaintiff is advised that his failure to comply with the Court's order will result in a recommendation that the matter be dismissed as to Defendant R. Indermill (aka R. Indemill) pursuant to Rule 4(m).**

IT IS SO ORDERED.

Dated:   **September 20, 2013**               /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE