# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PENA, et al<br><br>　　　　　Defendants. | Case No. 1:11-cv-01205-LJO-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SERVE ADDITIONAL INTERROGATORIES ON DEFENDANT SUMAYA**<br><br>**(Doc. 40)** |

Plaintiff John Edward Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding on the Second Amended Complaint (Doc. 14) for violation of his rights under the First Amendment and the RLUIPA against Defendants Pena, Sumaya, and Indermill. (Docs. 15, 17.) On November 14, 2013, Plaintiff filed a motion requesting to be allowed to serve additional interrogatories on Defendant Sumaya. (Doc. 40.) Defendants filed a statement of non-opposition to this request. (Doc. 42.) Accordingly, good cause appearing, it is HEREBY ORDERED that Plaintiff's request to submit additional interrogatories to Defendant Sumaya, filed November 14, 2013 (Doc. 40), is hereby GRANTED.

IT IS SO ORDERED.

　　Dated: **November 26, 2013**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1