# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PENA, et al<br><br>    Defendants. | Case No. **1:11-cv-01205-LJO-JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR SATF WARDEN TO PRODUCE HIS PERSONAL AND LEGAL PROPERTY AS MOOT**<br><br>**(Docs. 66, 67)** |

Plaintiff John Edward Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding on the Second Amended Complaint (Doc. 14) for violation of his rights under the First Amendment and the RLUIPA against Defendants Pena, Sumaya, and Indermill. (Docs. 15, 17.) On May 8, 2014 and May 19, 2014, Plaintiff filed two motions requesting that the SATF Warden be ordered to send Plaintiff's personal and legal property to Folsom Prison. (Docs. 66, 67.) On May 29, 2014, Defendants filed a response indicating that Plaintiff's personal and legal property had been delivered to him and attached a copy of the inventory and return of property form signed by Plaintiff and dated May 20, 2014. (Doc. 68.) Plaintiff has not filed a reply or any document to the contrary. Thus, it appears that Plaintiff has received his personal and legal property.

///

///

///

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motions requesting the SATF Warden be ordered to send Plaintiff's personal and legal property to Folsom Prison, filed May 8, 2014 (Doc. 66) and May 19, 2014 (Doc. 67), are hereby DENIED as moot.

IT IS SO ORDERED.

Dated:   **June 11, 2014**                              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE