# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENA, et al<br><br>　　　　　Defendants. | Case No.  1:11-cv-01205-LJO-JLT (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 74)** |

   Plaintiff John Edward Mitchell ("Plaintiff") is a state prisoner proceeding *pro se and in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 13, 2014, a settlement conference was held in this matter in front of Magistrate Judge Kendall J. Newman. (Doc. 73.)  The case settled and the parties were ordered to file dispositional documents within 30 days.  (*Id.*)  On June 23, 2014, the parties filed a fully executed stipulation for voluntary dismissal with prejudice. (Doc. 74.)

   In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

**IT IS SO ORDERED**.

Dated:  June 24, 2014

　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1