# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PENA, et al<br><br>    Defendants. | Case No.  1:11-cv-01205-LJO-JLT (PC)<br><br>**ORDER TO DEFENDANTS TO FILE STATUS REPORT RE: SETTLEMENT** |

On June 13, 2014, the parties participated in a settlement conference and were able to reach agreement. (Doc. 73)  It appears the parties agreed that Defendants would have six months within which to pay the settlement proceeds. (Doc. 76)  On December 4, 2014, Plaintiff notified the Court that the settlement proceeds have not yet been paid. (Doc. 76)

Thus, Defendants are **ORDERED** to file a status report detailing whether the proceeds have been paid or, if they have not, when this will occur.

IT IS SO ORDERED.

Dated:   **December 11, 2014**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE

1